**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000569
18-JUN-2026
07:59 AM
Dkt. 16 ODSD**

NO. CAAP-25-0000569

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

SERINA M. SANTA MONICA, Plaintiff-Appellee,
v.
WILLIAM WONG; MEGAN WONG; STANLEY WONG; GOLDEN WONG;
KONA WONG, Defendants-Appellees,
and
TREENA: APOSTADIRO KAHAKUAKOI, Interested Party-Appellant,
and
ALL THOSE TAKING UNDER THEM, DOES 1-50, Defendants.

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
LĪHUʻE DIVISION
(CASE NO. 5DRC-24-0000752)

ORDER
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before October 23, 2025, and December 24, 2025, respectively;

(2) Self-represented Interested Party-Appellant Treena: Apostadiro Kahakuakoi (**Kahakuakoi**) failed to file either document or request an extension of time;

(3) On December 30, 2025, the appellate clerk entered a default notice informing Kahakuakoi that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on January 9, 2026, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rules 12.1(e) and 30, and Kahakuakoi could request relief from default by motion;

(4) The appellate clerk mailed the notice of entering case on calendar and the default notice to Kahakuakoi at her address on record.  The United States Postal Service returned the default notice as not deliverable and unable to forward; and

(5) Kahakuakoi has not filed a notice of change of address, consistent with HRAP Rule 25(f), or taken any further action in this appeal since filing the notice of appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 18, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge